AO 458 (Rev. 06/09) Appearance of Counsel

## UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| MVP HEALTH PLAN, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13CV01578 (LEK)(CFH) |
| OPTUMINSIGHT, INC. | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant OptumInsight, Inc.

Date: 03/12/2014

*Attorney's signature*

Steven L. Penaro
*Printed name and bar number*
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

*Address*

steve.penaro@alston.com
*E-mail address*

(212) 210-9400
*Telephone number*

(212) 210-9444
*FAX number*